041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

MOYER, C.J., and LANZINGER, J., would also accept the appeal on Proposition of Law No. VIII and hold the cause for the decision in 2009–0189, *In re Adrian R.*, Licking App. No. 08CA17, 2008-Ohio-6581.

**2009–1657. State v. Curd.**
Lake App. No. 2008–L–048, 2009-Ohio-3814. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1661. State v. White.**
Ashland App. Nos. 07–COA–037 and 07–COA–038, 2009-Ohio-3869.
LANZINGER and CUPP, JJ., dissent.

**2009–1691. State v. Vernon.**
Lake App. No. 2008–L–066, 2009-Ohio-3937. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
PFEIFER, J., dissents.

**2009–1699. Ahmed v. State.**
Richland App. No. 2008 CA 0165, 2009-Ohio-3989. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1700. Douse v. State.**
Richland App. No. 2008 CA 324, 2009-Ohio-3997. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1725. Mundt v. State.**
Richland App. No. 2008CA0263, 2009-Ohio-4056. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

**2009–1737. Taylor v. State.**
Richland App. No. 2008CA0161, 2009-Ohio-4141. Discretionary appeal accepted on Proposition of Law Nos. I, II, III, IV, V, and VI; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.
MOYER, C.J., would also accept the appeal on Proposition of Law No. VIII.

**2009–1738. Ball v. State.**
Lake App. No. 2008–L–053, 2009-Ohio-4099. Discretionary appeal accepted; cause held for the decision in 2008–2502, *State v. Bodyke,* Huron App. Nos. H–07–040, H–07–041, and H–07–042, 2008-Ohio-6387; and briefing schedule stayed.

## APPEALS NOT ACCEPTED FOR REVIEW

**2008–0665. State v. Keith.**
Crawford App. No. 3–07–08, 176 Ohio App.3d 260, 2008-Ohio-741.

**2009–0105. State v. Keith.**
Crawford App. No. 3–08–15, 2008-Ohio-6187.

**2009–1174. State v. Miller.**
Hamilton App. No. C–080342.

**2009–1410. Damron v. CSX Transp., Inc.**
Montgomery App. No. 23025, 2009-Ohio-3638.